## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01868 JVS (JDEx) | Date | January 24, 2019 |
| Title | Adam Ghadiri v. American Tire Depot, et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court ORDERS plaintiff(s), to Show Cause (OSC) in writing no later than **February 7, 2019** why this action should not be dismissed for lack of prosecution as to the defendants. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__   Answer by the defendant(s) or plaintiff's request for entry of default as to defendant(s)

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m)  The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

**The Court ORDERS the Scheduling Conference set for Janaury 28, 2019 at 11:00 a.m. VACATED to be reset upon resolution of the Order to Show Cause.**

Initials of Preparer   kjt